UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 16-01369-SVW-AS | Date | June 28, 2017 |
| Title | *Canh Le v. DIRECTV, LLC* | | |

## JS-5

| | |
|---|---|
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
| Paul M. Cruz | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER SETTING SCHEDULE

The Court, having considered the Joint Status Report and Proposed Trial Schedule filed by defendant DirecTV, LLC and plaintiffs Canh Le, Jeremy Lasater, David Varas, Mendamar Lkhagvadorj, Henry Trujeque, Paul Guzik, Jeffrey Kidd, Armando Solis Juarez, and Jamie Nault ("Plaintiffs") (collectively, the "Parties"), and finding good cause shown, hereby orders that the nine related cases between Plaintiffs and DirecTV are placed back on the Court's active calendar.[1]

It is not clear what the Parties intended for filing summary judgment motions. The Parties seem to acknowledge the Court's preference for consolidated motions, yet also seem to propose filing four separate motions. The Court will allow each party to file one motion for summary judgment. Plaintiffs may file their anticipated motion regarding whether DIRECTV was the Plaintiffs' employer. In opposing this motion, DIRECTV can also present their affirmative case arguing that DIRECTV was not their employer or joint employer and request summary judgment in its favor. DIRECTV can also file one

---

[1] The nine cases are *Canh Le v. DIRECTV, LLC*, Case No. 2:16-cv-01369-SVW-AS, *Jeremy Lasater v. DIRECTV, LLC*, Case No. 2:16-cv-01373-SVW-AS, *David Varas v. DIRECTV, LLC*, Case No. 2:16-cv-01395-SVW-AS, *Mendamar Lkhagvadorj v. DIRECTV, LLC*, Case No. 2:16-cv-01502-SVW-AS, *Henry Trujeque v. DIRECTV, LLC*, Case No. 2:16-cv-01477-SVW-AS, *Paul Guizk v. DIRECTV, LLC*, Case No. 2:16-cv- 01967-SVW-AS, *Jeffrey Kidd v. DIRECTV, LLC*, Case No. 2:16-cv-01506-SVW-AS, *Armando Solis Juarez v. DIRECTV, LLC*, Case No. 5:16-cv-00400-SVW-AS, and *Jamie Nault v. DIRECTV, LLC*, Case No. 2:16-cv-05721-SVW-AS.

| | : |
|---|---|
| Initials of Preparer | |
| | PMC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-01369-SVW-AS | Date | June 28, 2017 |
|---|---|---|---|
| Title | *Canh Le v. DIRECTV, LLC* | | |

motion for summary judgment on the other issues it wishes to present—likely a consolidated motion concerning the Fair Labor Standards Act and the limitations of damages.

The Court acknowledges some changes will need to be made to further consolidate these motions, and thus sets the following schedule:

- June 30, 2017 – Deadline to meet and confer
- July 7, 2017 – Deadline to file motions
- August 9, 2017 – Deadline to file opposition briefs
- August 23, 2017 – Deadline to file reply briefs
- September 4, 2017 – Hearing for all motions

Further, the Court will not engage in the proposed Bellwether approach. The parties may settle any case at any time during or between the trials scheduled below. The Court sets the following trial dates:

- November 6, 2017 at 3:00 p.m. – Pretrial conference for *Canh Le v. DIRECTV, LLC*, Case No. 2:16-cv-01369-SVW-AS.
- November 7, 2017 at 9:00 a.m. – Jury trial for *Canh Le v. DIRECTV, LLC*, Case No. 2:16-cv-01369-SVW-AS.

- November 13, 2017 at 3:00 p.m. – Pretrial conference for *Jeremy Lasater v. DIRECTV, LLC*, Case No. 2:16-cv-01373-SVW-AS.
- November 14, 2017 at 9:00 a.m. – Jury trial for *Jeremy Lasater v. DIRECTV, LLC*, Case No. 2:16-cv-01373-SVW-AS.

- November 20, 2017 at 3:00 p.m. – Pretrial conference for *David Varas v. DIRECTV, LLC*, Case No. 2:16-cv-01395-SVW-AS.
- November 21, 2017 at 9:00 a.m. – Jury trial for *David Varas v. DIRECTV, LLC*, Case No. 2:16-cv-01395-SVW-AS.

- November 27, 2017 at 3:00 p.m. – Pretrial conference for *Mendamar Lkhagvadorj v. DIRECTV, LLC*, Case No. 2:16-cv-01502-SVW-AS.
- November 28, 2017 at 9:00 a.m. – Jury trial for *Mendamar Lkhagvadorj v. DIRECTV, LLC*, Case

|  | : |
|---|---|
| Initials of Preparer | PMC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-01369-SVW-AS | Date | June 28, 2017 |
|---|---|---|---|
| Title | *Canh Le v. DIRECTV, LLC* | | |

No. 2:16-cv-01502-SVW-AS.

- December 4, 2017 at 3:00 p.m. – Pretrial conference for *Henry Trujeque v. DIRECTV, LLC*, Case No. 2:16-cv-01477-SVW-AS.
- December 5, 2017 at 9:00 a.m. – Jury trial for *Henry Trujeque v. DIRECTV, LLC*, Case No. 2:16-cv-01477-SVW-AS.

- December 11, 2017 at 3:00 p.m. – Pretrial conference for *Paul Guizk v. DIRECTV, LLC*, Case No. 2:16-cv- 01967-SVW-AS.
- December 12, 2017 at 9:00 a.m. – Jury trial for *Paul Guizk v. DIRECTV, LLC*, Case No. 2:16-cv-01967-SVW-AS.

- December 18, 2017 at 3:00 p.m. – Pretrial conference for *Jeffrey Kidd v. DIRECTV, LLC*, Case No. 2:16-cv-01506-SVW-AS.
- December 19, 2017 at 9:00 a.m. – Jury trial for *Jeffrey Kidd v. DIRECTV, LLC*, Case No. 2:16-cv-01506-SVW-AS.

- January 8, 2018 at 3:00 p.m. – Pretrial conference for *Armando Solis Juarez v. DIRECTV, LLC*, Case No. 5:16-cv-00400-SVW-AS.
- January 9, 2018 at 9:00 a.m. – Jury trial for *Armando Solis Juarez v. DIRECTV, LLC*, Case No. 5:16-cv-00400-SVW-AS.

- January 15, 2018 at 3:00 p.m. – Pretrial conference for *Jamie Nault v. DIRECTV, LLC*, Case No. 2:16-cv-05721-SVW-AS.
- January 16, 2018 at 9:00 a.m. – Jury trial for *Jamie Nault v. DIRECTV, LLC*, Case No. 2:16-cv-05721-SVW-AS.

| | : |
|---|---|
| Initials of Preparer | |
| | PMC |