Jason Hartley, CA Bar No. 192514
STUEVE SIEGEL HANSON LLP
500 West C Street, Suite 1750
San Diego, California 92101
Telephone: 619-400-5822
Facsimile: 619-400-5832
Email: hartley@stuevesiegel.com

J. Toji Calabro, CA Bar No. 239950
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile:  816-714-7101
Email:  calabro@stuevesiegel.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **CANH LE,**<br><br>            **Plaintiff,**<br><br>**v.**<br><br>**DIRECTV, LLC,**<br><br>            **Defendant.** | **Case No.  16-cv-1369 SVW-AS**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Date:  September 11, 2017**<br>**Time:  1:30 p.m.**<br>**Courtrm:  10A**<br>**Hon. Stephen V. Wilson** |

**TO:   THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE COUNSEL:**

**PLEASE TAKE NOTICE** that on September 11, 2017 at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Stephen V. Wilson, in Courtroom 10A of the United States District Court located at 350 W. First Street, Los Angeles, California 90012, Plaintiffs Paul Guzik, Jeffrey Kidd, Jeremy Lasater, Canh Le, Mendamar Lkhagvodorj, Jamie Nault, Armando Solis Juarez, Henry Trujeque, and David Varas (collectively, "Plaintiffs[1]") will move this Court for an Order granting Plaintiffs partial summary judgment on the fundamental legal issue underlying these cases: that Defendant DIRECTV, LLC ("DIRECTV") employed Plaintiffs under California labor law and the Fair Labor Standards Act ("FLSA").

In *Martinez v. Combs*, 49 Cal. 4th 35 (2010), the California Supreme Court held that the word "employ," for purposes of California labor law, has three alternative definitions: (a) to exercise control over the wages, hours or working conditions, or (b) to suffer or permit to work, or (c) to engage, thereby creating a common law employment relationship. *Id*., at 64. In this motion, Plaintiffs move for partial summary judgment on the basis that (1) DIRECTV suffered or permitted Plaintiffs to work for DIRECTV and (2) DIRECTV employed Plaintiffs under the common law standard. As detailed in the Statement of Facts and Conclusions of Law filed contemporaneously herewith, DIRECTV controlled nearly every facet of Plaintiffs' work. Based on the undisputed material facts, DIRECTV employed Plaintiffs under California labor law.

---

[1] "Plaintiffs" are Canh Le (Case No. 2:16-cv-01369-SVW-AS), Jeremy Lasater (Case No. 2:16-cv-01373-SVW-AS), David Varas (Case No. 2:16-cv-01395-SVW-AS), Mendamar Lkhagvodorj (Case No. 2:16-cv-01502-SVW-AS), Henry Trujeque (Case No. 2:16-cv-01477-SVW-AS), Paul Guzik (Case No. 2:16-cv-01967-SVW-AS), Jeffrey Kidd (Case No. 2:16-cv-01506-SVW-AS), Armando Solis Juarez (Case No. 5:16-cv-00400-SVW-AS), and Jamie Nault (Case No. 2:16-cv-05721-SVW-AS) (collectively, the "related cases"). Pursuant to the Court's In Chambers Order Setting Schedule (*Le* Dkt. 74 at 1), Plaintiffs are filing a consolidated motion for partial summary judgment.

Similarly, the FLSA contains a broad definition of the term "employer," which serves the statute's remedial purpose, and turns on the economic reality of the parties' relationship, and the Ninth Circuit has provided a non-exclusive list of factors to assist district courts in making that determination.  In this case, Plaintiffs were an integral part of DIRECTV's work force, and DIRECTV had the power to, among other things, hire and fire Plaintiffs, supervise and control Plaintiffs and their daily work conditions, significantly determine Plaintiffs' pay, and maintain employment records on Plaintiffs.  These facts, among others listed in Plaintiffs' Statement of Facts and Conclusions of Law and analyzed in the accompanying memorandum of points and authorities, compel the conclusion that DIRECTV employed Plaintiffs as it employed the similarly-situated subcontractor technicians in *Perez v. Lantern Light Corp.*, No. C12-01406 RSM, 2015 WL 3451268 (W.D. Wash. May 29, 2015).

This consolidated motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Statement of Facts and Conclusions of Law, the Declaration of J. Toji Calabro and all exhibits thereto, the Declaration of Plaintiff Guzik, the Declaration of Plaintiff Kidd, the Declaration of Plaintiff Lasater, the Declaration of Plaintiff Le, the Declaration of Plaintiff Lkhagvdorj, the Declaration of Plaintiff Nault, the Declaration of Plaintiff Juarez, the Declaration of Plaintiff Trujeque, the Declaration of Plaintiff Varas, the pleadings and other papers filed in this and the related actions filed in this Court, and such further evidence, arguments and briefing as may be allowed or presented at or before the hearing on this motion.

| | | |
|---|---|---|
| 1 | Dated: July 7, 2017 | **STUEVE SIEGEL & HANSON LLP** |
| 2 | | |
| 3 | | By */s/ J. Toji Calabro* |
| 4 | | J. Toji Calabro, CA Bar No. 239950<br>George A. Hanson, *Pro Hac Vice* |
| 5 | | **STUEVE SIEGEL HANSON LLP**<br>460 Nichols Road, Suite 200 |
| 6 | | Kansas City, Missouri 64112<br>Telephone: 816-714-7100 |
| 7 | | Facsimile:  816-714-7101<br>Email:  calabro@stuevesiegel.com |
| 8 | | Jason Hartley, CA Bar No. 192514 |
| 9 | | **STUEVE SIEGEL HANSON LLP**<br>500 West C Street, Suite 1750 |
| 10 | | San Diego, California 92101<br>Telephone: 619-400-5822 |
| 11 | | Facsimile: 619-400-5832<br>Email: hartley@stuevesiegel.com |
| 12 | | |
| 13 | | Attorney for Plaintiff |