Jason Hartley, CA Bar No. 192514
STUEVE SIEGEL HANSON LLP
500 West C Street, Suite 1750
San Diego, California 92101
Telephone: 619-400-5822
Facsimile: 619-400-5832
Email: hartley@stuevesiegel.com

J. Toji Calabro, CA Bar No. 239950
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile:  816-714-7101
Email:  calabro@stuevesiegel.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| CANH LE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DIRECTV, LLC,<br><br>　　　　　　Defendant. | **Case No.  16-cv-1369 SVW (AS)**<br><br>**PLAINTIFFS' INDEX OF EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  September 11, 2017<br>Time:  1:30 p.m.<br>Courtrm:  10A<br>Hon. Stephen V. Wilson |

| EXHIBIT NO. | DOCUMENT |
|---|---|
| 1 | DIRECTV data indicating on Tabs "Activities" and "Order Line Items" some DIRECTV work Plaintiff Guzik performed (DTV-CA_GUZIK000089) |
| 2 | DIRECTV data indicating on Tabs "Activities" and "Order Line Items" some DIRECTV work Plaintiff Kidd performed (DTV-CA_KIDD000097) |
| 3 | DIRECTV data indicating on Tabs "Activities" and "Order Line Items" some DIRECTV work Plaintiff Lasater performed (DTV-CA_LASATER000097) |
| 4 | DIRECTV data indicating on Tabs "Activities" and "Order Line Items" some DIRECTV work Plaintiff Le performed (DTV-CA_LE000049) |
| 5 | DIRECTV data indicating on Tabs "Activities" and "Order Line Items" some DIRECTV work Plaintiff Lhkagvadorj performed (DTV-CA_LKHAGVADORJ000061) |
| 6 | DIRECTV data indicating on Tabs "Activities" and "Order Line Items" some DIRECTV work Plaintiff Nault performed (DTV-CA_NAULT000040) |
| 7 | DIRECTV data indicating on Tabs "Activities" and "Order Line Items" some DIRECTV work Plaintiff Juarez performed (DTV-CA_JUAREZ000093) |
| 8 | DIRECTV data indicating on Tabs "Activities" and "Order Line Items" some DIRECTV work Plaintiff Trujeque performed (DTV-CA_TRUJEQUE000168) |
| 9 | DIRECTV data indicating on Tabs "Activities" and "Order Line Items" some DIRECTV work Plaintiff Varas performed (DTV-CA_VARAS000055) |
| 10 | DIRECTV 2014 Form 10-K (PLTF-CDCA00000965-1122) |
| 11 | DIRECTV Services Prover Agreement (Gipson CDCA Deposition Exhibit 1) |
| 12 | Cited portions of the transcript of the deposition of David Baker taken on 8/25/16 in the *Arndt v. DIRECTV, LLC* ("Baker *Arndt* Dep.") |
| 13 | Cited portions of the transcript of the deposition of Adrian Dimech taken on 11/3/16 in the CDCA cases ("Dimech CDCA Dep.") |
| 14 | Cited portions of the transcript of the deposition of David Baker taken on 3/22/17 in the CDCA cases |

| EXHIBIT NO. | DOCUMENT |
|---|---|
|  | ("Baker CDCA Dep.") |
| 15 | DIRECTV document showing acquisitions of other companies (DTV-Global00029471) |
| 16 | Cited portions of the transcript of the deposition of Michael Butao taken on 11/4/16 in the CDCA cases ("Butao CDCA Dep.") |
| 17 | Cited portions of the transcript of the deposition of Todd Bartlett taken on 5/24/16 in *Andersen v. DIRECTV, LLC* ("Bartlett *Andersen* Dep.") |
| 18 | Email Correspondence (Baker CDCA Deposition Exhibit 29) |
| 19 | Email Correspondence with Attachments (Baker CDCA Deposition Exhibit 42) |
| 20 | Cited portions of the transcript of the deposition of Marc Mastin taken on 11/11/16 in the CDCA cases ("Mastin CDCA Dep.") |
| 21 | Email Correspondence with Attachments (DTV-CDCA00029837) |
| 22 | Email Correspondence with Attachments (DTV-CDCA00006791) |
| 23 | Cited portions of the transcript of the deposition of David Baker taken on 1/22/15 in *Perez v DIRECTV, LLC* ("Baker *Perez* Dep.") |
| 24 | Email Correspondence with Attachments (Baker CDCA Deposition Exhibit 43) |
| 25 | Cited portions of the transcript of the deposition of Maria Shropshire taken on 10/28/16 in the CDCA cases ("Shropshire CDCA Dep.") |
| 26 | Email Correspondence (Baker Deposition Exhibit 28) |
| 27 | Cited portions of the transcript of the deposition of Steven Crawford taken on 11/8/16 in the CDCA cases ("Crawford CDCA Dep.") |
| 28 | Email Correspondence with Attachments (Thomas CDCA Deposition Exhibit 2) |
| 29 | DIRECTV Services Provider Agreement (DTV-CA_GUZIK000038) |
| 30 | DIRECTV Services Provider Agreement (DTV-CA_LASATER000001) |

| EXHIBIT NO. | DOCUMENT |
|---|---|
| 31 | DIRECTV Services Provider Agreement (DTV-CA_LE000001) |
| 32 | DIRECTV Services Provider Agreement (DTV-CA_LKHAGVADORJ000001) |
| 33 | DIRECTV Services Provider Agreement (DTV-CA_VARAS000001) |
| 34 | DIRECTV Services Provider Agreement (DTV-CA_JUAREZ000044) |
| 35 | DIRECTV Services Provider Agreement (DTV-CA_TRUJEQUE000001) |
| 36 | DIRECTV Services Provider Agreement DTV-CA_TRUJEQUE000075 |
| 37 | DIRECTV Services Provider Agreement (DTV-CA_TRUJEQUE000043) |
| 38 | DIRECTV 2016 Services Provider Agreement (DTV-CA_GUZIK000001) |
| 39 | DIRECTV 2016 Services Provider Agreement (DTV-CA_LASATER000052) |
| 40 | DIRECTV Services Provider Agreement with the subcontractor at issue in *Perez v. Lantern Light* |
| 41 | Cited portions of the transcript of the deposition of Scott Thomas taken on 2/16/1 in the CDCA cases ("Thomas CDCA Dep.") |
| 42 | Cited portions of the transcript of the deposition of Paul Yang taken on 4/26/17 in the CDCA cases ("Yang CDCA Dep.") |
| 43 | Email Correspondence (Baker CDCA Deposition Exhibit 16) |
| 44 | Email Correspondence (Baker CDCA Deposition Exhibit 20) |
| 45 | Cited portions of the transcript of the deposition of William Bennett taken on 12/6/16 in the CDCA cases ("Bennett CDCA Dep.") |
| 46 | Email Correspondence (Baker CDCA Deposition Exhibit 21) |
| 47 | DIRECTV Blast Facts Email (DIRECTV002492) |
| 48 | Cited portions of the transcript of the deposition of Christopher Altomari taken on 3/5/15 in *Arnold v. DIRECTV, INC*. |

| EXHIBIT NO. | DOCUMENT |
|---|---|
|  | ("Altomari *Arnold* Dep.") |
| 49 | March 2011 DIRECTV Required Training Video |
| 50 | Standard Professional Installation Guidelines ("SPIG") (DTV-CA_GUZIK000172) |
| 51 | Email Correspondence with Attachment (Baker CDCA Deposition Exhibit 36) |
| 52 | DIRECTV Required Training Facilitator Guide (Altomari *Arnold* Deposition Exhibit 20) |
| 53 | October 2010 DIRECTV Required Training Video |
| 54 | DIRECTV Installation Technician Job Description (DIRECTV061658) |
| 55 | DIRECTV excel document explaining the Siebel system with regard to subcontractor technicians (DTV-CDCA00016522) |
| 56 | Cited portions of the transcript of the deposition of David Baker taken on 5/21/15 in *Arnold v. DIRECTV, INC.* ("Baker *Arnold* Dep.") |
| 57 | DIRECTV Technician Report showing W-2 and Subcontractor technicians' names, contact information, regularly scheduled hours, skill sets, service region, tech team, and employment status including Plaintiffs Lasater, Le, Guzik, Varas, and Trujeque (DTV_Global00254294) |
| 58 | DIRECTV Technician Report showing W-2 and Subcontractor technicians' efficiency rating, how much time each technician has for lunch, each technician's scheduled lunch time, and the maximum distance for which a technician can be scheduled for a work order including, for example, Plaintiff Lasater (DTV_Global00068074) |
| 59 | DIRECTV record of Plaintiff Guzik's closed line items for payment purposes including work order number, category of work performed, customer, date, payment data, and products installed (DTV-CA_GUZIK000213) |
| 60 | DIRECTV record of Plaintiff Kidd's closed line items for payment purposes including work order number, category of work performed, customer, date, payment data, and products installed (DTV-CA_KIDD00167) |
| 61 | DIRECTV record of Plaintiff Lasater's closed line items for payment purposes including work order number, category of work performed, customer, date, payment data, and products installed |

| EXHIBIT NO. | DOCUMENT |
|---|---|
|  | (DTV-CA_LASATER000221) |
| 62 | DIRECTV record of Plaintiff Le's closed line items for payment purposes including work order number, category of work performed, customer, date, payment data, and products installed (DTV-CA_LE000102) |
| 63 | DIRECTV record of Plaintiff Lkhagavdorj's closed line items for payment purposes including work order number, category of work performed, customer, date, payment data, and products installed (DTV-CA_LKHAGAVDORJ000133) |
| 64 | DIRECTV record of Plaintiff Juarez's closed line items for payment purposes including work order number, category of work performed, customer, date, payment data, and products installed (DTV-CA_JUAREZ000160) |
| 65 | DIRECTV record of Plaintiff Trujeque's closed line items for payment purposes including work order number, category of work performed, customer, date, payment data, and products installed (DTV-CA_TRUJEQUE000221) |
| 66 | DIRECTV record of Plaintiff Varas' closed line items for payment purposes including work order number, category of work performed, customer, date, payment data, and products installed (DTV-CA_VARAS_000127) |
| 67 | Email Correspondence (Baker CDCA Deposition Exhibit 56) |
| 68 | Email Correspondence with Attachment (DTV-Global00135882) |
| 69 | DIRECTV excel report regarding work order assigned durations (DTV-Global00135883) |
| 70 | Email Correspondence with Attachments (DTV-CDCA00029371) |
| 71 | Cited portions of the transcript of the deposition of Federico Zambrano taken on 5/11/17 in the CDCA cases ("Zambrano CDCA Dep.") |
| 72 | Email Correspondence with Attachments (DTV-CDCA00009049) |
| 73 | Declaration of Kyle Wells |
| 74 | Email Correspondence with Attachments (DTV-CDCA00029885-29940) |
| 75 | Email Correspondence with Attachment (Baker Deposition Exhibit 54) |

| EXHIBIT NO. | DOCUMENT |
|---|---|
| 76 | Email Correspondence (DTV-Global00338898) |
| 77 | DIRECTV Blast Facts Email (DIRECTV021468) |
| 78 | Email Correspondence with Attachment (Dimech CDCA Deposition Exhibit 8) |
| 79 | Email Correspondence (Baker CDCA Deposition Exhibit 33) |
| 80 | Email Correspondence with Attachment (DTV-Global00101191) |
| 81 | Email Correspondence (Thomas CDCA Deposition Exhibit 19) |
| 82 | Email Correspondence (Baker CDCA Deposition Exhibit 39) |
| 83 | Email Correspondence with Attachment (DTV-Global004489922) |
| 84 | Email Correspondence with Attachment (DTV-CDCA00016069-16071) |
| 85 | Email Correspondence with Attachment (DTV-CDCA00000512) |
| 86 | Email Correspondence (Baker CDCA Deposition Exhibit 25) |
| 87 | Email Correspondence (Baker CDCA Deposition Exhibit 26) |
| 88 | Email Correspondence (Baker CDCA Deposition Exhibit 22) |
| 89 | Email Correspondence with Attachment (DTV-Global00157828) |
| 90 | Email Correspondence with Attachment (DTV-Global00132776) |
| 91 | Email Correspondence (DTV-Global00337962) |
| 92 | Email Correspondence with Attachment (Thomas CDCA Deposition Exhibit 6) |
| 93 | Cited portions of the transcript of the deposition of Matt Gray taken on 2/22/17 in the CDCA cases ("Gray CDCA Dep.") |
| 94 | Email Correspondence (Rendon CDCA Deposition Exhibit 12) |

| EXHIBIT NO. | DOCUMENT |
|---|---|
| 95 | Email Correspondence (DTV-Global00335951) |
| 96 | Email Correspondence with Attachment (DTV-Global00100467) |
| 97 | Email Correspondence (DTV-Global00338591) |
| 98 | Email Correspondence (DTV-Global00341369) |
| 99 | Email Correspondence (DTV-Global00133722) |
| 100 | Email Correspondence (Thomas CDCA Deposition Exhibit 21) |
| 101 | Email Correspondence (Thomas CDCA Deposition Exhibit 5) |
| 102 | Email Correspondence (DTV-Global00340737) |
| 103 | Email Correspondence and Attachment (Thomas CDCA Deposition Exhibit 8) |
| 104 | Email Correspondence (DTV-Global00340718) |
| 105 | Cited portions of the transcript of the deposition of Michael Perez taken on 4/14/17 in the CDCA cases ("Perez CDCA Dep.") |
| 106 | Cited portions of the transcript of the deposition of Deshon Gipson taken on 5/23/17 in the CDCA cases ("Gipson CDCA Dep.") |
| 107 | DIRECTV, LLC 5/30/17 Responses to Lasater's 6th Request for Production |
| 108 | DIRECTV, LLC 5/24/17 Responses to Guzik's 5th Request for Production |
| 109 | DIRECTV, LLC 5/30/17 Responses to Le's 6th Request for Production |
| 110 | DIRECTV, LLC 5/30/17 Responses to Trujeque's 6th Request for Production |
| 111 | Email Correspondence (Baker CDCA Deposition Exhibit 14) |
| 112 | Email Correspondence (DTV-Global00335887) |
| 113 | Email Correspondence (Thomas CDCA Deposition Exhibit 3) |

| EXHIBIT NO. | DOCUMENT |
|---|---|
| 114 | Email Correspondence (Baker CDCA Deposition Exhibit 35) |
| 115 | Email Correspondence (DTV-CDCA00009552) |
| 116 | DIRECTV Activity/Work Order Policies and Procedures Revised March 26, 2010 (DTV-Global00154407) |
| 117 | DIRECTV Custom Labor Policy and Procedures (DTV-CDCA00024368) |
| 118 | Cited portions of the transcript of the deposition of Scott Barnes taken on 9/24/15 in *Arndt v DIRECTV, LLC* ("Barnes *Arndt* Dep.") |
| 119 | Email Correspondence (DTV-CDCA00023243) |
| 120 | Email Correspondence and Attachment (Thomas CDCA Deposition Exhibit 15) |
| 121 | Email Correspondence with Attachment (DTV-Global00255991) |
| 122 | DIRECTV, Inc. Certificate of Ownership filed with the California Secretary of State for Connect Television, Inc. |
| 123 | Email Correspondence with Attachment (Baker CDCA Deposition Exhibit 11) |
| 124 | Email Correspondence (Baker CDCA Deposition Exhibit 6) |
| 125 | Email Correspondence (DTV-Global00090676) |
| 126 | Email Correspondence (DTV-CDCA00018357) |
| 127 | Email Correspondence (Baker CDCA Deposition Exhibit 8) |
| 128 | Email Correspondence (Baker CDCA Deposition Exhibit 9) |
| 129 | Email Correspondence (Baker CDCA Deposition Exhibit 51) |
| 130 | Email Correspondence (Baker CDCA Deposition Exhibit 3) |
| 131 | Email Correspondence with Attachment (Gray CDCA Deposition Exhibit 6) |

| | |
|---|---|
| Dated: July 7, 2017 | **STUEVE SIEGEL & HANSON LLP**<br><br>By */s/ J. Toji Calabro*<br>J. Toji Calabro, CA Bar No. 239950<br>George A. Hanson, *Pro Hac Vice*<br>**STUEVE SIEGEL HANSON LLP**<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Telephone: 816-714-7100<br>Facsimile:  816-714-7101<br>Email:  calabro@stuevesiegel.com<br><br>Jason Hartley, CA Bar No. 192514<br>**STUEVE SIEGEL HANSON LLP**<br>500 West C Street, Suite 1750<br>San Diego, California 92101<br>Telephone: 619-400-5822<br>Facsimile: 619-400-5832<br>Email: hartley@stuevesiegel.com<br><br>Attorney for Plaintiff |