# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **CANH LE,** | **Case No. 16-cv-1369 SVW (Ex)** |
| **Plaintiff,** | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| **DIRECTV, LLC,** | |
| **Defendant.** | Date:  September 11, 2017<br>Time:  1:30 p.m.<br>Courtroom:  10A<br>Hon. Stephen V. Wilson |

Plaintiffs' Motion for Partial Summary Judgment, having come on for regularly noticed hearing before this Court on September 11, 2017, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for Partial Summary Judgment is GRANTED;

1

2. The Court determines that, pursuant to *Martinez v. Combs*, 49 Cal. 4th 35 (2010), Plaintiffs were "employees" of DIRECTV, LLC and that DIRECTV, LLC was the "employer" of Plaintiffs under California labor law;

3. The Court determines that the Plaintiffs were "employees" of DIRECTV, LLC and that DIRECTV, LLC was the "employer" of Plaintiffs under the Fair Labor Standards Act;

4. This Judgment shall apply to the Plaintiffs and DIRECTV, LLC in the following matters pending in this district: *Le v. DIRECTV, LLC* (Case No. 2:16-cv-01369-SVW-AS), *Lasater v. DIRECTV, LLC* (Case No. 2:16-cv-01373-SVW-AS), *Varas, v. DIRECTV, LLC* (Case No. 2:16-cv-01395-SVW-AS), *Lkhagvadorj v. DIRECTV, LLC* (Case No. 2:16-cv-01502-SVW-AS), *Trujeque v. DIRECTV, LLC* (Case No. 2:16-cv-01477-SVW-AS), *Guzik v. DIRECTV, LLC* (Case No. 2:16-cv-01967-SVW-AS), *Kidd v. DIRECTV, LLC* (Case No. 2:16-cv-01506-SVW-AS), *Juarez v. DIRECTV, LLC* (Case No. 5:16-cv-00400-SVW-AS), and *Nault v. DIRECTV, LLC* (Case No. 2:16-cv-05721-SVW-AS) (collectively, the "related cases").

**IT IS SO ORDERED.**

DATED: _____

                                          Hon. Stephen V. Wilson
                                          Judge of the U.S. District Court