Jason Hartley, CA Bar No. 192514
STUEVE SIEGEL HANSON LLP
500 West C Street, Suite 1750
San Diego, California 92101
Telephone: 619-400-5822
Facsimile: 619-400-5832
Email: hartley@stuevesiegel.com

J. Toji Calabro, CA Bar No. 239950
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile:  816-714-7101
Email:  calabro@stuevesiegel.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CANH LE,<br><br>         Plaintiff,<br><br>v.<br><br>DIRECTV, LLC,<br><br>         Defendant. | **Case No.  16-cv-01369 SVW-AS**<br><br>**DECLARATION OF J. TOJI CALABRO IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY ADJUDICATION REGARDING FLSA CLAIMS AND DAMAGES**<br><br>**Date: September 11, 2017**<br>**Time:  1:30 p.m.**<br>**Courtroom: 10A**<br>Hon. Stephen V. Wilson |

1

I, J. Toji Calabro, declares as follows:

1. I am an attorney at Stueve Siegel Hanson LLP, one of the attorneys for Plaintiffs in the above-entitled action and related cases[1], and I make this declaration based on my own personal knowledge.

2. A true and correct copy of the cited portions of the transcript of the deposition of Paul Guzik taken on 12/9/16 in the CDCA cases is attached and incorporated herein as Exhibit 132.

3. A true and correct copy of the cited portions of Plaintiff Paul Guzik's 3/22/2016 Responses to DIRECTV, LLC's First Set of Interrogatories is attached and incorporated herein as Exhibit 133.

4. A true and correct copy of the cited portions of the transcript of the deposition of Armando Solis Juarez taken on 12/13/16 in the CDCA cases is attached and incorporated herein as Exhibit 134.

5. A true and correct copy of the cited portions of Plaintiff Armando Soli Juarez's 3/22/2016 Responses to DIRECTV, LLC's First Set of Interrogatories is attached and incorporated herein as Exhibit 135.

6. A true and correct copy of the cited portions of the transcript of the deposition of Jeffrey Kidd taken on 11/29/16 in the CDCA cases is attached and incorporated herein as Exhibit 136.

7. A true and correct copy of the cited portions of Plaintiff Jeffrey Kidd's 3/22/2016 Responses to DIRECTV, LLC's First Set of Interrogatories is attached and incorporated herein as Exhibit 137.

---

[1] "Plaintiffs" are Canh Le (Case No. 2:16-cv-01369-SVW-AS), Jeremy Lasater (Case No. 2:16-cv-01373-SVW-AS), David Varas (Case No. 2:16-cv-01395-SVW-AS), Mendamar Lkhagvadorj (Case No. 2:16-cv-01502-SVW-AS), Henry Trujeque (Case No. 2:16-cv-01477-SVW-AS), Paul Guzik (Case No. 2:16-cv-01967-SVW-AS), Jeffrey Kidd (Case No. 2:16-cv-01506-SVW-AS), Armando Solis Juarez (Case No. 5:16-cv-00400-SVW-AS), and Jamie Nault (Case No. 2:16-cv-05721-SVW-AS) (collectively, the "related cases").

8. A true and correct copy of the cited portions of the transcript of the deposition of Jeremy Lasater taken on 10/20/16 in the CDCA cases is attached and incorporated herein as Exhibit 138.

9. A true and correct copy of the cited portions of Plaintiff Jeremy Lasater's 3/22/2016 Responses to DIRECTV, LLC's First Set of Interrogatories is attached and incorporated herein as Exhibit 139.

10. A true and correct copy of the cited portions of the transcript of the deposition of Canh Le taken on 10/14/16 in the CDCA cases is attached and incorporated herein as Exhibit 140.

11. A true and correct copy of the cited portions of Plaintiff Canh Le's 3/22/2016 Responses to DIRECTV, LLC's First Set of Interrogatories is attached and incorporated herein as Exhibit 141.

12. A true and correct copy of the cited portions of the transcript of the deposition of Mendamar Lkhagvadorj taken on 11/2/16 in the CDCA cases is attached and incorporated herein as Exhibit 142.

13. A true and correct copy of the cited portions of Plaintiff Mendomar Lkhagvadorj's 3/22/2016 Responses to DIRECTV, LLC's First Set of Interrogatories is attached and incorporated herein as Exhibit 143.

14. A true and correct copy of the cited portions of the transcript of the deposition of Jaime Nault taken on 12/5/16 in the CDCA cases is attached and incorporated herein as Exhibit 144.

15. A true and correct copy of the cited portions of Plaintiff Henry Trujeque's 3/22/2016 Responses to DIRECTV, LLC's First Set of Interrogatories is attached and incorporated herein as Exhibit 145.

16. A true and correct copy of the cited portions of the transcript of the deposition of David Varas taken on 10/24/16 in the CDCA cases is attached and incorporated herein as Exhibit 146.

17. A true and correct copy of the cited portions of Plaintiff David Varas' 3/22/2016 Responses to DIRECTV, LLC's First Set of Interrogatories is attached and incorporated herein as Exhibit 147.

18. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DIRECTV_GENERAL0000042660 is attached and incorporated herein as Exhibit 148.

19. A true and correct copy of the cited portions of the transcript of the deposition of Christopher Altomari taken in the *Arnold v. DIRECTV, LLC* on 3/5/2015 is attached and incorporated herein as Exhibit 149.

20. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00026747 is attached and incorporated herein as Exhibit 150.

21. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00027462 is attached and incorporated herein as Exhibit 151.

22. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-GLOBAL00376794 is attached and incorporated herein as Exhibit 152.

23. A true and correct copy of the cited portions of the transcript of the deposition of Marc Mastin taken on 11/11/15 in the CDCA cases is attached and incorporated herein as Exhibit 153.

24. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00030877 is attached and incorporated herein as Exhibit 154.

25. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00030974 is attached and incorporated herein as Exhibit 155.

26. A true and correct copy of the cited portions of the transcript of the deposition of Kyle Wells taken on 9/11/15 in *Arndt v. DIRECT, LLC* is attached and incorporated herein as Exhibit 156.

27. A true and correct copy of the cited portions of the transcript of the deposition of William Bennett taken on 12/6/16 in the CDCA cases is attached and incorporated herein as Exhibit 157.

28. A true and correct copy of the cited portions of the transcript of the deposition of Matt Gray taken on 2/22/17 in the CDCA cases is attached and incorporated herein as Exhibit 158.

29. A true and correct copy of the cited portions of the transcript of the deposition of Mary Ellen Baumgardt taken on 7/13/2011 in *Arnold v. DIRECTV, Inc.*, is attached and incorporated herein as Exhibit 159.

30. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00028925 is attached and incorporated herein as Exhibit 160.

31. A true and correct copy of the confidential cited portions of the transcript of the deposition of David Baker taken on 3/22/17 in the CDCA cases is attached and incorporated herein as Exhibit 161.

32. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-GLOBAL00090676 is attached and incorporated herein as Exhibit 162.

33. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_GUZIK_000143 is attached and incorporated herein as Exhibit 163.

34. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00004341 is attached and incorporated herein as Exhibit 164.

35. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00018711 is attached and incorporated herein as Exhibit 165.

36. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_JUAREZ_000107 is attached and incorporated herein as Exhibit 166.

37. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_LE_000050 is attached and incorporated herein as Exhibit 167.

38. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_NAULT_000150 is attached and incorporated herein as Exhibit 168.

39. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_VARAS_000056 is attached and incorporated herein as Exhibit 169.

40. A true and correct copy of the cited portions of the transcripts of the depositions of Maria Shropshire taken on 10/28/16 and 11/4/16 in the CDCA cases are attached and incorporated herein as Exhibit 170.

41. A true and correct copy of the cited portions of the transcripts of the deposition of Henry Trujeque taken on 11/1/16 in the CDCA cases is attached and incorporated herein as Exhibit 171.

42. A true and correct copy of the cited portions of the transcripts of the deposition of Paul Yang taken on 4/26/17 in the CDCA cases is attached and incorporated herein as Exhibit 172.

43. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00015666 is attached and incorporated herein as Exhibit 173.

44. A true and correct copy of the cited portions of the transcripts of the deposition of Deshon Gipson taken on 4/19/17 in the CDCA cases are attached and incorporated herein as Exhibit 174.

45. A true and correct copy of the cited portions of the transcripts of the deposition of Kyle Wells taken on 11/11/15 in the *Field v. DIRECTV, LLC* is attached and incorporated herein as Exhibit 175.

46. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_GUZIK_000211 is attached and incorporated herein as Exhibit 176.

47. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_GUZIK_000212 is attached and incorporated herein as Exhibit 177.

48. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_JUAREZ_000184 is attached and incorporated herein as Exhibit 178.

49. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_KIDD_000166 is attached and incorporated herein as Exhibit 179.

50. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_LASATER_000219 is attached and incorporated herein as Exhibit 180.

51. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_LE_000101 is attached and incorporated herein as Exhibit 181.

52. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_LKHAGVADORJ_000156 is attached and incorporated herein as Exhibit 182.

CALABRO DECL. IN OPP. TO DFDT'S
MOT. FOR SUMM JUDGMENT

53. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_LKHAGVADORJ_000132 is attached and incorporated herein as Exhibit 183.

54. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_NAULT_000210 is attached and incorporated herein as Exhibit 184.

55. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_NAULT_000211 is attached and incorporated herein as Exhibit 185.

56. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_TRUJEQUE_000288 is attached and incorporated herein as Exhibit 186.

57. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_VARAS_000152 is attached and incorporated herein as Exhibit 187.

58. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00013542 is attached and incorporated herein as Exhibit 188.

59. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00007112 is attached and incorporated herein as Exhibit 189.

60. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00009842 is attached and incorporated herein as Exhibit 190.

61. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00008699 is attached and incorporated herein as Exhibit 191.

62. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00024334 is attached and incorporated herein as Exhibit 192.

63. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-GLOBAL00133759-60 is attached and incorporated herein as Exhibit 193.

64. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-GLOBAL00449907-08 is attached and incorporated herein as Exhibit 194.

65. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-Global00086921and marked as Ex. 9 during the deposition of Adrian Dimech taken 11/3/16 in the CDCA cases is attached and incorporated herein as Exhibit 195.

66. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-TRUJEQUE00000312 and marked as Exhibit 2 during the deposition of Paul Yang taken on 4/26/17 in the CDCA cases is attached and incorporated herein as Exhibit 196.

67. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DIRECTV-Roeder00008707-08 is attached and incorporated herein as Exhibit 197.

68. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DIRECTV-Andersen031794, 96 is attached and incorporated herein as Exhibit 198.

69. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-GLOBAL00335358, 75 is attached and incorporated herein as Exhibit 199.

9

CALABRO DECL. IN OPP. TO DFDT'S
MOT. FOR SUMM JUDGMENT

70. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-GLOBAL00426023, 47 is attached and incorporated herein as Exhibit 200.

71. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00000473, 502 is attached and incorporated herein as Exhibit 201.

72. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00001065, 95 is attached and incorporated herein as Exhibit 202.

73. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00027595, 650 is attached and incorporated herein as Exhibit 203.

74. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00000666, 703 is attached and incorporated herein as Exhibit 204.

75. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-GLOBAL00254287, 94 is attached and incorporated herein as Exhibit 205.

76. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00004881, 915 is attached and incorporated herein as Exhibit 206.

77. A true and correct copy of the confidential cited portions of the transcript of the deposition of Adrian Dimech taken on 11/3/16 in the CDCA cases is attached and incorporated herein as Exhibit 207.

78. A true and correct copy of the cited portions of the transcript of the deposition of David Baker taken on 8/25/16 in the *Arndt v. DIRECTV, LLC* is attached and incorporated herein as Exhibit 208.

79. A true and correct copy of the cited portions of the transcript of the deposition of Drew Berryessa taken on 11/1/16 in the CDCA cases is attached and incorporated herein as Exhibit 209.

80. A true and correct copy of the cited portions of the transcript of the deposition of Michael Butao taken on 11/4/2016 in the CDCA cases is attached and incorporated herein as Exhibit 210.

81. A true and correct copy of the cited portions of the transcript of the deposition of Roy Cienfuegos taken on 11/10/16 in the CDCA cases is attached and incorporated herein as Exhibit 211.

82. A true and correct copy of the cited portions of the transcript of the deposition of Steven Crawford taken on 11/8/16 in the CDCA cases is attached and incorporated herein as Exhibit 212.

83. A true and correct copy of the cited portions of the transcript of the deposition of William McCarty taken on 10/21/16 in the CDCA cases is attached and incorporated herein as Exhibit 213.

84. A true and correct copy of the cited portions of the transcript of the deposition of Michael Perez taken on 4/14/17 in the CDCA cases is attached and incorporated herein as Exhibit 214.

85. A true and correct copy of the cited portions of the transcript of the deposition of David Baker taken *Arnold v. DIRECTV, LLC* on 5/21/15 is attached and incorporated herein as Exhibit 215.

86. A true and correct copy of the cited portions of the transcript of the deposition of Kyle Wells taken in *Andersen v. DIRECTV, LLC* on 5/24/16 is attached and incorporated herein as Exhibit 216.

87. A true and correct copy of the cited portions of the transcript of the deposition of Todd Bartlett taken in *Field v. DIRECTV, LLC* on 11/12/15 is attached and incorporated herein as Exhibit 217.

88. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00022911 and marked as Ex. 38 during the deposition of David Baker taken on 3/22/17 in the CDCA cases is attached and incorporated herein as Exhibit 218.

89. A true and correct copy of a document produced by DIRECTV on behalf of Christian Installation Group Inc to Plaintiffs labeled CHRISTIANINSTALLATION_DTV000012 and marked as Exhibit 2 in the deposition of Michael Perez taken on 4/14/17 in the CDCA cases is attached and incorporated herein as Exhibit 219.

90. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-LASATER00002788 is attached and incorporated herein as Exhibit 220.

91. A true and correct copy of the cited portions of the transcript of the deposition of Todd Bartlett taken in *Andersen v. DIRECTV, LLC* on 5/24/16 is attached and incorporated herein as Exhibit 221.

92. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00013089 is attached and incorporated herein as Exhibit 222.

93. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00005873 and marked as Ex. 7 during the deposition of David Baker taken on 3/22/17 in the CDCA cases is attached and incorporated herein as Exhibit 223.

94. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-LASATER00002722 and marked as Exhibit 22 in the deposition of Jeremey Lasater taken on 10/20/16 in the CDCA cases is attached and incorporated herein as Exhibit 224.

95. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_Guzik00278 is attached and incorporated herein as Exhibit 225.

96. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_Guzik00284 is attached and incorporated herein as Exhibit 226.

97. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_Guzik00290 is attached and incorporated herein as Exhibit 227.

98. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_Guzik00295 is attached and incorporated herein as Exhibit 228.

99. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_Guzik00300 is attached and incorporated herein as Exhibit 229.

100. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_Guzik00305 is attached and incorporated herein as Exhibit 230.

101. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-KIDD00000005 is attached and incorporated herein as Exhibit 231.

102. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-KIDD00001824 is attached and incorporated herein as Exhibit 232.

103. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-KIDD00002015 is attached and incorporated herein as Exhibit 233.

104. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-KIDD00002255 is attached and incorporated herein as Exhibit 234.

105. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-KIDD00002452 is attached and incorporated herein as Exhibit 235.

106. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-KIDD00002654 is attached and incorporated herein as Exhibit 236.

107. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-KIDD00002827 is attached and incorporated herein as Exhibit 237.

108. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-KIDD00003069 is attached and incorporated herein as Exhibit 238.

109. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-KIDD00003353 is attached and incorporated herein as Exhibit 239.

110. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-KIDD00003450 is attached and incorporated herein as Exhibit 240.

111. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-KIDD00003469 is attached and incorporated herein as Exhibit 241.

112. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-KIDD00003512 is attached and incorporated herein as Exhibit 242.

1  113. A true and correct copy of a document produced by Plaintiffs to
2  DIRECTV labeled PLTF-KIDD00003715 is attached and incorporated herein as
3  Exhibit 243.
4  114. A true and correct copy of a document produced by Plaintiffs to
5  DIRECTV labeled PLTF-LASATER00002438-2540 is attached and incorporated
6  herein as Exhibit 244.
7  115. A true and correct copy of a document produced by Plaintiffs to
8  DIRECTV labeled PLTF-LASATER00002541-2549 is attached and incorporated
9  herein as Exhibit 245.
10  116. A true and correct copy of a document produced by Plaintiffs to
11  DIRECTV labeled PLTF-LASATER00002550-2633 is attached and incorporated
12  herein as Exhibit 246.
13  117. A true and correct copy of a document produced by DIRECTV to
14  Plaintiffs labeled DTV-CA_LE_000154 is attached and incorporated herein as
15  Exhibit 247.
16  118. A true and correct copy of a document produced by DIRECTV to
17  Plaintiffs labeled DTV-CA_LE_000157 is attached and incorporated herein as
18  Exhibit 248.
19  119. A true and correct copy of a document produced by DIRECTV to
20  Plaintiffs labeled DTV-CA_LE_000158 is attached and incorporated herein as
21  Exhibit 249.
22  120. A true and correct copy of a document produced by Plaintiffs to
23  DIRECTV labeled PLTF-LE00000024 is attached and incorporated herein as
24  Exhibit 250.
25  121. A true and correct copy of a document produced by Plaintiffs to
26  DIRECTV labeled PLTF-LKHAGVADORJ00000198 is attached and incorporated
27  herein as Exhibit 251.
28

1  122. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-LKHAGVADORJ00000199 is attached and incorporated herein as Exhibit 252.

123. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-NAULT00000571 is attached and incorporated herein as Exhibit 253.

124. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-NAULT00000604 is attached and incorporated herein as Exhibit 254.

125. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-NAULT00000683 is attached and incorporated herein as Exhibit 256.

126. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-NAULT00000574 is attached and incorporated herein as Exhibit 257.

127. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-NAULT00000612 is attached and incorporated herein as Exhibit 257.

128. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-JUAREZ00000040 is attached and incorporated herein as Exhibit 258.

129. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-JUAREZ00000171 is attached and incorporated herein as Exhibit 259.

130. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-JUAREZ00000197 is attached and incorporated herein as Exhibit 260.

CALABRO DECL. IN OPP. TO DFDT'S
MOT. FOR SUMM JUDGMENT

131. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-JUAREZ00000201 is attached and incorporated herein as Exhibit 261.

132. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_TRUJEQUE_000257 is attached and incorporated herein as Exhibit 262.

133. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_TRUJEQUE_000323-24 is attached and incorporated herein as Exhibit 263.

134. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CA_TRUJEQUE_000262 is attached and incorporated herein as Exhibit 264.

135. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-VARAS00000038 is attached and incorporated herein as Exhibit 265.

136. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-VARAS00000040 is attached and incorporated herein as Exhibit 266.

137. A true and correct copy of a document produced by Plaintiffs to DIRECTV labeled PLTF-VARAS00000043 is attached and incorporated herein as Exhibit 267.

138. A true and correct copy of the cited portions of the transcript of the deposition of Cameron Malanify taken on 10/28/16 in the CDCA cases is attached and incorporated herein as Exhibit 268.

139. A true and correct copy of a document produced by DIRECTV to Plaintiffs labeled DTV-CDCA00029315 and marked as Ex. 34 during the

1  deposition of David Baker taken on 3/22/17 in the CDCA cases is attached and
2  incorporated herein as Exhibit 269.

3       140. A true and correct copy of a document produced by DIRECTV to
4  Plaintiffs labeled DTV-CDCA00024138 is attached and incorporated herein as
5  Exhibit 270.

6       141. A true and correct copy of a document produced by DIRECTV to
7  Plaintiffs labeled DTV_CDCA00015678 and marked as Ex. 45 during the
8  deposition of David Baker taken on 3/22/17 in the CDCA cases is attached and
9  incorporated herein as Exhibit 271.

10      142. A true and correct copy of a document produced by DIRECTV to
11 Plaintiffs labeled DTV-CDCA00013290 and marked as Ex. 15 during the
12 deposition of David Baker taken on 3/22/17 in the CDCA cases is attached and
13 incorporated herein as Exhibit 272.

14      143. A true and correct copy of a document produced by DIRECTV to
15 Plaintiffs labeled DTV-CDCA00014025 and marked as Ex. 44 during the
16 deposition of David Baker taken on 3/22/17 in the CDCA cases is attached and
17 incorporated herein as Exhibit 273.

18      144. A true and correct copy of a document produced by DIRECTV to
19 Plaintiffs labeled DTV-CDCA00027551 and marked as Ex. 10 during the
20 deposition of David Baker taken on 3/22/17 in the CDCA cases is attached and
21 incorporated herein as Exhibit 274.

22      145. A true and correct copy of a document produced by DIRECTV to
23 Plaintiffs labeled DTV-CDCA00008834 and marked as Ex. 12 during the
24 deposition of David Baker taken on 3/22/17 in the CDCA cases is attached and
25 incorporated herein as Exhibit 275.

146. A true and correct copy of Consent Judgment and Order filed on 10/7/15 in *Perez v. Lantern Light Corp,. DIRECTV, LLC* is attached and incorporated herein as Exhibit 276.

147. A true and correct copy of an email from Jonathan Slowik to J. Toji Calabro dated 11/18/2016 reaffirming Defendant document production issues raised at Lkhagvadorj's deposition taken 11/2/16 in the CDCA cases is attached and incorporated herein as Exhibit 277.

148. A true and correct copy of the cited portions of the transcript of the deposition of Steven Crawford taken on 10/13/15 in *Ardnt v. DIRECTV, LLC* is attached and incorporated herein as Exhibit 268.

149. A true and correct copy of the North American Industry Classification System Manuel of 2017 is attached and incorporated herein as Exhibit 279.

150. A true correct copy of an email from J. Toji Calabro to Jonathan Slowik dated 6/23/17responding to a question posed during a telephone conference conducted 6/23/17 is attached and incorporated herein as Exhibit 280.

151. A true and correct copy of a letter from J. Toji Calabro to Galit Knotz dated 10/5/16 memorializing telephone conference conducted 10/2/16 is attached and incorporated herein as Exhibit 281.

152. A true and correct copy of the Declaration of Plaintiff Jamie Nault filed on 9/11/17 in the CDCA cases is attached and incorporated herein as Exhibit 282.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 9, 2017 at Kansas City, Missouri.

                                          s/J. Toji Calabro
                                          J. Toji Calabro